# United States District Court

District of Wyoming

UNITED STATES OF AMERICA

VS

YUE GONG

Defendant

☑ Violation Notice ☐ Information ☐ Complaint

Citation No. 4659020, 4659021, 4659022
Case No. 5:15PO242-MLC
Date Violation Notice Issued 05/10/2015
Place YNP - Fountain Paint Pots-Grand Loop Rd
Violation Charged 1) Speeding 56/35
2) Unsafe op
3) No insurance

Before the Honorable Mark L. Carman

Interpreter ______ Telephone ______
Time 9:10 - 9:29
Tape No. ______ Date 6/2/15

Karen Angermeier
Deputy Clerk

______
Probation Officer

FTR
Court Reporter

F. Lee Pico/Caitlin Hurlock
Asst. U.S. Attorney

______
U. S. Marshal

☐ Failed to appear Warrant issued on ______

☑ Appeared
☑ Voluntarily ☐ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing ______
☐ FPD ☐ PANEL-CJA ☐ RETAINED

☑ Attorney waived

☐ Court orders case continued to ______ at ______
reason ______

☐ Bail is set at ______
☐ Unsecured ☐ Cash/Surety ☐ P/R-No Amount

☐ Conditions of release ______

**Proceedings Sheet - Petty Offenses/Misdemeanors**

**COMPLETE THIS SECTION FOR ALL CLASS A MISDEMEANOR CASES:**

☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

This consent was made ☐ orally ☐ in writing

☑ Informed of charges and rights Date 6/2/15

☑ Defendant arraigned Date 6/2/15

☑ Court accepts plea Defendant enters ☐ Not Guilty Plea ☑ Guilty

☐ Trial Witnesses

☑ Disposition

- ☐ Not Guilty
- ☑ Guilty 4659021/unsafe op
- ☑ Dismissed 4659020/spdg & 4659022/no insur - with prejudice
- ☐ Collateral Forfieted
- ☐ *Nolo Contendere*

☐ PSI ordered

☐ Sentence Date

☐ Imposition of jail sentence suspended

☐ Committed to custody for a period of

☐ Probation for a period of

- ☐ W Supervision ☐ W/O Supervision

☐ Special conditions of probation

☑ Fined $350 Payable $385 total due to CVB by 6/30/15

☐ Restitution To

☑ Special Assessment $10

☑ $25 Processing Fee

☐ Defendant advised of right to appeal

☑ Other US - guilty to unsafe op $350 fine, $10 sa, $25 pf; dismiss remaining charges with prejudice

**Proceedings Sheet - Petty Offenses/Misdemeanors**